UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAN AGAINST EXTINCTION ) <br> ) <br> *Plaintiff* E-filing ) <br> ) <br> v. ) CV 08  Civil Action No. 1488 <br> ) <br> H. DALE HALL, Director, ) <br> U. S. FISH AND WILDLIFE SERVICE ) <br> ) <br> WILLIAM HOGARTH, Assistant Administrator ) <br> NATIONAL MARINE FISHERIES SERVICE ) SI <br> ) 18 March 2008 <br> *Defendants* ) | |

---

PLAINTIFF'S MOTION TO WAIVE FILING FEE

---

Plaintiff — MAN AGAINST EXTINCTION — moves the Court to waive its filing fee to commence the instant action owing to his inability to pay the required fee because of his indigent status. For the same reasons the Plaintiff moves the Court to provide the coasts of service of the summons and pleadings on the Defendant by the U. S. Marshall. In support of the instant motion, the Plaintiff has filed his required affidavit attesting to his indigent status.

For the above reasons, the Plaintiff asks the Court to grant his requested relief.

BY:

／＼／＼
Richard Max Strahan
236 West Portal Avenue, #195
San Francisco CA 94127
617.233.3854

*Pro Se and Proud!*

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Man Against Extinction

Plaintiff,

CASE NO. 08 1488

vs.

H. Dale Hall et al.

Defendant.

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

SI

I, Richard Max Strahan, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes X  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $600/mo          Net: $600/mo

Employer: Green World

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  _____
3  _____
4  5.   Do you own or are you buying a home?         Yes ____ No ✗
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.   Do you own an automobile?                    Yes ____ No ✗
7  Make _____ Year _____ Model _____
8  Is it financed? Yes ____ No ____ If so, Total due: $ _____
9  Monthly Payment: $ _____
10 7.   Do you have a bank account? Yes ✗ No ____ (Do not include account numbers.)
11 Name(s) and address(es) of bank: BOA
12 _____
13 Present balance(s): $ ~$100
14 Do you own any cash? Yes ✗ No ____ Amount: $ 60
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                    Yes ____ No ✗
17 _____
18 8.   What are your monthly expenses?
19 Rent: $ 600/mo Rent        Utilities: None
20 Food: $ 100/Food           Clothing: Not monthly.
21 Charge Accounts:
22 Name of Account      Monthly Payment         Total Owed on This Account
23 NONE                 $ _____            $ _____
24 _____           $ _____            $ _____
25 _____           $ _____            $ _____
26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 $5000 in Medical Bills

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed. _Strahan v. Lea in this Court But Many Many Other Public Interest Suits in other District Courts_

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_18 March 2008_                    _[signature]_
DATE                                        SIGNATURE OF APPLICANT

- 4 -