UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAN AGAINST EXTINCTION  )<br>  )<br>*Plaintiff*  **E-filing**  )<br>  )  Civil Action No.<br>v.  )<br>  )  CV 08 — 1488<br>H. DALE HALL, Director,  )<br>U. S. FISH AND WILDLIFE SERVICE  )  **SI**<br>  )<br>WILLIAM HOGARTH, Assistant Administrator  )<br>NATIONAL MARINE FISHERIES SERVICE  )<br>  )  18 March 2008<br>*Defendants*  ) | |

---

### MOTION TO BE ALLOWED TO CONDUCT ELECTRONIC FILINGS

---

The Plaintiff —Man Against Extinction — moves the Court to allow him to participate in the Court's Electronic Case Filing program. He routinely uses this system in all his other civil actions in other District Courts

For the above reasons, the Plaintiff asks the Court to grant his requested relief.

BY:

/s/ Richard Max Strahan

Richard Max Strahan d/b/a Man Against Extinction
236 West Portal Avenue, #195
San Francisco CA 94127
617.233.3854

*Pro Se and Proud!*