UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAN AGAINST EXTINCTION<br><br>*Plaintiff* E-filing<br><br>v.<br><br>H. DALE HALL, Director,<br>U. S. FISH AND WILDLIFE SERVICE<br><br>WILLIAM HOGARTH, Assistant Administrator<br>NATIONAL MARINE FISHERIES SERVICE<br><br>*Defendants* | Civil Action No.<br><br>CV 08 1488<br><br>18 March 2008   SI |

APPLICATION FOR A TEMPORARY RESTRAINING ORDER

The Plaintiff —Man Against Extinction —makes an application to the Court for a temporary restraining order ("TRO") to enjoin the Defendants from de-listing the Right Whale as a listed species under the Endangered Species Act. On 6 March 2008 the National Marine Fisheries Service published a final rule de-listing the Right Whale as a single species in the northern hemisphere and then listing two species of whales that it literally created in usurpation of its authority under the ESA. As a result, the U. S. Fish and Wildlife Service amended its list of species listed as endangered under the ESA ("Endangered Species List") and deleted the listing for the Right Whale and added the two *de novo* species.

The Plaintiff is requesting that the Court order the Defendants to restore the Endangered Species List in regards to species of whales as it existed prior to 6 March 2008 during pendency of the instant action — as allowed under 5 U. S. C. § 705.

For the above reasons, the Plaintiff asks the Court to grant his requested relief.

Case 3:08-cv-01488-SI   Document 5   Filed 03/18/2008   Page 2 of 2

18 March 2008 Application for a TRO in *Man Against eXtinction v. Director, U. S. Fish and Wildlife Service, et al.* (N. D. Cal. 2008)

2

BY: _____
Richard Max Strahan
236 West Portal Avenue, #195
San Francisco CA 94127
617.233.3854

*Pro Se and Proud!*