IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAN AGAINST EXTINCTION,<br><br>    Plaintiff,<br><br>  v.<br><br>H. DALE HALL, et al.,<br><br>    Defendants.<br>_____/ | No. C 08-1488 SI<br><br>**ORDER RE: PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

On March 18, 2008, plaintiff Richard Max Strahan, d/b/a Man Against Extinction, filed an application to proceed *in forma pauperis* in this action. However, the application is dated "18 October 2008." If plaintiff wishes the Court to consider his application, he must file a signed and currently dated application no later than **March 31, 2008**.

**IT IS SO ORDERED.**

Dated: March 18, 2008

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAN AGAINST EXTINCTION, | Case Number: CV08-01488 SI |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| H. DALE HALL et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Max Strahan
 Man Against Extinction
236 West Portal Avenue, #195
San Francisco, CA 94127

Dated: March 19, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk