Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Man Against Extinction )
) 
) CASE NO. C-08-1488 - SI
Plaintiff, )
)
vs. ) **APPLICATION TO PROCEED**
) **IN FORMA PAUPERIS**
H. Dale Hall et al. ) (Non-prisoner cases only)
)
Defendant. )

I, Richard Max Strahan_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?        Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $600/month                Net: $600/month

Employer: GreenWorld. 236 West Portal Avenue San Francisco CA

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.      Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7       a.      Business, Profession or                Yes ____ No ✓

8               self employment?

9       b.      Income from stocks, bonds,             Yes ____ No ✓

10              or royalties?

11      c.      Rent payments?                         Yes ____ No ✓

12      d.      Pensions, annuities, or                Yes ____ No ✓

13              life insurance payments?

14      e.      Federal or State welfare payments,     Yes ____ No ✓

15              Social Security or other govern-

16              ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  _____

20  _____

21  3.      Are you married?                           Yes ____ No ✓

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____  Net $_____

26  4.      a.      List amount you contribute to your spouse's support:$ _____

27          b.      List the persons other than your spouse who are dependent upon you for support

28                  and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1 | children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2 | _____
3 | _____
4 | 5.    Do you own or are you buying a home?    Yes ____ No __✓__
5 | Estimated Market Value: $_____ Amount of Mortgage: $_____
6 | 6.    Do you own an automobile?    Yes ____ No __✓__
7 | Make _____ Year _____ Model _____
8 | Is it financed? Yes ____ No ____ If so, Total due: $ _____
9 | Monthly Payment: $ _____
10 | 7.    Do you have a bank account? Yes __✓__ No ____ (Do not include account numbers.)
11 | Name(s) and address(es) of bank: BOA, everywhere USA
12 | _____
13 | Present balance(s): $ 200
14 | Do you own any cash? Yes __✓__ No ____ Amount: $ 6
15 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 | market value.)    Yes ____ No __✓__
17 | _____
18 | 8.    What are your monthly expenses?
19 | Rent: $ 600    Utilities: n/a
20 | Food: $ 300    Clothing: not a monthly thing
21 | Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| None | $ | $ |
|  | $ | $ |
|  | $ | $ |

26 | 9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
27 | they are payable. Do not include account numbers.)
28 | $5000 in medical bills

- 3 -

1
2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___   No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  Too many to list but only one other in this district -- Strahan v. lea
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  26 March 2008
12        DATE                              SIGNATURE OF APPLICANT

- 4 -