RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
JEAN E. WILLIAMS, Section Chief
LAWSON E. FITE, Trial Attorney (Oregon Bar No. 055573)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0217
Facsimile: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAN AGAINST EXTINCTION, a/k/a RICHARD MAX STRAHAN, <br><br> Plaintiff, <br><br> v. <br><br> H. DALE HALL, Director of the United States Fish and Wildlife Service, and JAMES W. BALSIGER, Acting Assistant Administrator for Fisheries, National Marine Fisheries Service, <br><br> Defendants. | No. C 08-01488 SI <br><br> **NOTICE OF ATTORNEY APPEARANCE** |

On behalf of Federal Defendants, H. Dale Hall, Director of the United States Fish and Wildlife Service, and James W. Balsiger, Acting Assistant Administrator for Fisheries, National Marine Fisheries Service,[1] the United States enters the appearance of Lawson E. Fite, Trial Attorney, as counsel for this matter. Mr. Fite's contact information is as follows:

---

[1] Pursuant to Fed. R. Civ. P. 25(d), James W. Balsiger is substituted for his predecessor, William T. Hogarth.

| | |
|---|---|
| <u>U.S. Mail</u><br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Ben Franklin Station<br>P. O. Box 7369<br>Washington, D.C. 20044-7369 | <u>Telephone</u><br>202-305-0217<br><br><u>Facsimile</u><br>202-305-0275 |
| <u>Overnight or Hand Delivery</u><br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Wildlife & Marine Resources Section<br>601 D St., N.W.<br>Room 3912<br>Washington, D.C. 20004 | <u>Electronic Mail</u><br>lawson.fite@usdoj.gov |

Dated: June 16, 2008

Respectfully Submitted,

RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Section Chief

            */s/ Lawson E. Fite*
LAWSON E. FITE,
Trial Attorney (Oregon Bar No. 055573)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

Notice of Appearance                                                                                          No. C 08-1488 SI

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAN AGAINST EXTINCTION, a/k/a RICHARD MAX STRAHAN, <br><br> Plaintiff, <br><br> v. <br><br> H. DALE HALL, Director of the United States Fish and Wildlife Service, and JAMES W. BALSINGER, Acting Assistant Administrator for Fisheries, National Marine Fisheries Service, <br><br> Defendants. | No. C 08-01488 SI <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on June 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                                */s/ Lawson E. Fite*
                                                LAWSON E. FITE