UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Man Against Extinction, a/k/a Richard Max Strahan,

                Plaintiff(s),

      v.

H. Dale Hall, et al.,

                Defendant(s).
_____/

Case No. 08-1488 SI

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6/26/08

/s/ Lynn Cox
for Defendant H. Dale Hall
/s/ Jason Forman
[Party]  for Defendant James W. Balsiger

Dated: 6/26/08

/s/ Lawson E. Fite
[Counsel]