UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard Max Strahan, pro se,

              Plaintiff(s),

              v.

H. Dale Hall, et al.,

              Defendant(s).
_____/

CASE NO. 08-1488 SI

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓   have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  7/11/2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Lawson Fite | Defendants | 202-305-0217 | lawson.fite@usdoj.gov |
| Richard Max Strahan | Plaintiff | 617-233-3854 | maxx@whalesafe.org |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 6/30/08                                                   /s/ Richard Max Strahan
                                                                                 Attorney for Plaintiff

Dated: 6/30/08                                                              /s/ Lawson E. Fite
                                                                                 Attorney for Defendant

Rev 12.05