IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAN AGAINST EXTINCTION, | No. C 08-01488SI |
| Plaintiff, | **NOTICE** |
| v. | |
| H. DALE HALL, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been continued to Friday, August 22, 2008, at 2:00 p.m. The joint case management conference statement shall be filed one week in advance of the conference.

Dated: July 14, 2008                                           RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MAN AGAINST EXTINCTION,

      Plaintiff,

v.

H. DALE HALL et al,

      Defendant.

Case Number: CV08-01488 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Man Against Extinction
Richard Max Strahan
236 West Portal Avenue, #195
San Francisco, CA 94127

Dated: July 14, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk