IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAN AGAINST EXTINCTION, a/k/a RICHARD MAX STRAHAN,<br><br>  Plaintiff,<br><br>  v.<br><br>H. DALE HALL and JAMES BALSIGER,<br><br>  Defendants. | No. C 08-01488 SI<br><br>**JUDGMENT** |

This action has been dismissed for lack of jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 13, 2008

SUSAN ILLSTON
United States District Judge