```
                                                          FILED
          UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF CALIFORNIA           AUG 2 0 2008

                                                      RICHARD W. WIEKING
                                                      CLERK U.S. DISTRICT COURT,
                                                      NORTHERN DISTRICT OF CALIFORNIA
```

MAN AGAINST EXTINCTION )
)
*Plaintiff* )
) Civil Action No
v. ) .
) 08-01488-SI
H. DALE HALL *et al.* )
) 19 August 2008
*Defendants* )

---

### PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

The Plaintiff — Man Against Extinction — NOTIFIES the Court of a change in his current mailing address to the following —

> Richard Max Strahan
> P. O. Box 990806
> 800 Boylston Street — The Prudential Center
> Boston MA 02199

The Court and other parties should serve all necessary mailings on him at the above address until further notice. He is forced to temporarily stay in Boston owing to mandatory personal business.

BY:

_____
Richard Max Strahan, Plaintiff
617.233.3854

*Barefoot and Proud!*

I hereby certify that a copy of this opposition has been served E-mail, and through First Class U. S. Mail on the Defendants' attorney on 19 August 2008.

_____
Richard Strahan, Plaintiff