**FILED**

**AUG 2 0 2008**

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAN AGAINST EXTINCTION )
)
*Plaintiff* )
) Civil Action No
v. )
) 08-01488-SI
H. DALE HALL *et al*. )
) 19 August 2008
*Defendants* )

### PLAINTIFF'S NOTICE OF APPEAL

The Plaintiff — Man Against Extinction— NOTIFIES the Court of his appeal of its 13 August 2008 judgment of dismissal.

BY:

_____
Richard Max Strahan, Plaintiff
P. O. Box 990806
800 Boylston Street — The Prudential Center
Boston MA 02199
617.233.3854

*Barefoot and Proud!*